John Hayes, by his next friend, Defendant in Error,
v. H. C. W. Gresens, Plaintiff in Error.

Gen. No. 22,661.   (Not to be reported in full.)

·Error to the Municipal Court of Chicago; the Hon. RUFUS F.
ROBINSON, Judge, presiding. Heard in this court at the October
term, 1916. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Action by John Hayes, a minor, by William Hayes,
his father and next friend, plaintiff, against H. C.
W. Gresens, defendant, for personal injuries. From
a judgment for plaintiff, defendant brings error.

This case was consolidated with *Hayes v. Gresens,*
Gen. No. 22,659, *ante,* p. 149, and is governed by the
decision in that case.

BROSIUS & MABEE, for plaintiff in error.

BENJAMIN P. ACKERMAN, for defendant in error;
JACOB LEVY and JOSIAH BURNHAM, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the
court.